AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>DONNIE DUANE WREN,<br>and<br>THOMAS HARLEN SMITH,<br><br>*Defendant* | ) Case: 1:21-cr-00599<br>) Assigned to: Judge Walton, Reggie B.<br>) Assign Date: 9/24/2021<br>) Description: INDICTMENT (B) |
|---|---|

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donnie Duane Wren,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings

Date:   09/24/2021

2021.09.24 17:03:16 -04'00'
*Issuing officer's signature*

City and state:   Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/4/2021, and the person was arrested on *(date)* 10/6/2021
at *(city and state)* Miami, Florida

Date: 10/8/2021

*Arresting officer's signature*

SA Cindy Barrois, FBI
*Printed name and title*