UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 21-599 (RBW) |
| ) | |
| DONNIE DUANE WREN and THOMAS ) | |
| HARLEN SMITH,   ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on November 1, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear for a status hearing on January 5, 2022, at 2:00 p.m., via videoconference. It is further

**ORDERED** that, with the defendants' consent, the time from November 1, 2021, until January 5, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendants require additional time to receive discovery and discuss how to proceed with respect to any potential pre-trial resolution.

**SO ORDERED** this 1st day of November, 2021.

REGGIE B. WALTON
United States District Judge