IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 21CR00599-RBW |
| | ) | |
| | ) | |
| DONNIE WREN | ) | |
|     Defendant | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now counsel for the defendant, DONNIE WREN, and respectfully moves this Honorable Court for permission to withdraw as counsel for the defendant. In support of this motion, Counsel states the following:

1. Counsel was appointed to represent the defendant on or about October 12, 2021;

2. The defendant and Counsel have had numerous conversations concerning his case;

3. Defendant does not concur with Counsel's advice and/or legal strategy and does not feel that Counsel is working in his best interest;

4. Both Counsel and the defendant agree that the relationship can no longer be salvaged;

5. Counsel and the defendant believe that new counsel should be appointed.

WHEREFORE, Counsel and the defendant respectfully request that this Honorable Court appoint new counsel to represent the defendant.

                                                                           Respectfully submitted,
                                                                           By counsel

                                                                                           /s/

                                                                                    _____
Dwight E. Crawley
Counsel for the defendant
DC Bar#472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(202)722-0246 Fax
vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hiseby certify that on the 15th day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all attorneys of record.

/s/
_____
Dwight E. Crawley
Counsel for the defendant
DC BAR #472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(202)722-0246 Fax
vadclawyer@gmail.com