# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                )<br>)<br>DONNIE DUANE WREN and THOMAS )<br>HARLEN SMITH,           )<br>)<br>Defendants.    )<br>) | Criminal Action No. 21-599 (RBW) |

## ORDER

In accordance with the oral rulings issued at the status hearing on March 15, 2022, it is hereby

**ORDERED** that the defendant Wren and the defendant Wren's counsel shall appear for an ex parte hearing on March 22, 2022, at 11:00 a.m., via teleconference. It is further

**ORDERED** that the parties shall appear for a status hearing on May 13, 2022, at 11:30 a.m., via videoconference. It is further

**ORDERED** that, with the parties' consent, the time from March 15, 2022, until May 9, 2022, is excluded under the Speedy Trial Act, in light of the fact that the parties require additional time for discovery and to discuss how to proceed with respect to any potential pre-trial resolution.

**SO ORDERED** this 16th day of March, 2022.

_____
REGGIE B. WALTON
United States District Judge