# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-599-1 (RBW) |
| ) | |
| DONNIE DUANE WREN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Motion to Travel and Relocate for Work and Motion to Relocate for Work, it is hereby

**ORDERED** that the Pretrial Services Agency shall submit a status report explaining its position on the defendant's Motion to Travel and Relocate for Work, ECF No. 24, and Motion to Relocate for Work, ECF No. 25.

**SO ORDERED** this 2nd day of May, 2022.

_____
REGGIE B. WALTON
United States District Judge