IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 21CR00599-RBW |
| | ) | |
| | ) | |
| DONNIE WREN | ) | |
|     Defendant | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now counsel for the defendant, DONNIE WREN, and respectfully moves this Honorable Court for permission to withdraw as counsel. In support of this motion, Counsel states the following:

1. Counsel was appointed to represent the defendant on or about October 12, 2021;

2. The defendant's retained counsel, George Pallas, entered his appearance on May 3, 2022;

WHEREFORE, Counsel and the defendant respectfully request that this Honorable Court grant this motion to withdraw as counsel.

Respectfully submitted,
By counsel

/s/
_____
Dwight E. Crawley
Counsel for the defendant
DC Bar#472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(202)722-0246 Fax

vadclawyer@gmail.com

CERTIFICATE OF SERVICE

I hiseby certify that on the 10th day of May 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all attorneys of record.

/s/
_____
Dwight E. Crawley
Counsel for the defendant
DC BAR #472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(202)722-0246 Fax
vadclawyer@gmail.com