

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Criminal Action No. 21-599 (RBW) <br> ) |
| DONNIE DUANE WREN and THOMAS HARLEN SMITH, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

In accordance with the oral rulings issued at the status hearing on May 13, 2022, it is hereby

**ORDERED** that the Motion to Withdraw as Counsel, ECF No. 22, and Motion to Withdraw as Counsel, ECF No. 28, are **GRANTED**.  It is further

**ORDERED** that Dwight E. Crawley's appearance as counsel of record for the defendant Donnie Duane Wren is **TERMINATED**.  It is further

**ORDERED** that the defendant Donnie Duane Wren's Motion to Travel and Relocate for Work, ECF No. 24, and Motion to Relocate for Work, ECF No. 25, are **WITHDRAWN**.  It is further

**ORDERED** that the defendant Donnie Duane Wren shall submit to an evaluation regarding drug use, and further drug treatment if that is deemed necessary.  It is further

**ORDERED** that the defendant Donnie Duane Wren shall submit to periodic drug testing at the discretion of the Pretrial Services Agency.  It is further

**ORDERED** that the parties shall appear for a status hearing on August 4, 2022, at 9:30 a.m., via videoconference.  It is further

**ORDERED** that with the parties' consent, the time from May 13, 2022, until August 4, 2022, is excluded under the Speedy Trial Act, in light of the fact that the parties require additional time to allow new counsel to receive discovery and familiarize himself with the case, and for the parties to discuss how to proceed with respect to any potential pre-trial resolution.

**SO ORDERED** this 13th day of May, 2022.

                                                                                                     _____
                                                                                                     REGGIE B. WALTON
                                                                                                     United States District Judge