UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )    Criminal Action No. 21-599 (RBW)<br>)<br>DONNIE DUANE WREN and THOMAS )<br>HARLEN SMITH,                    )<br>)<br>         Defendants.         )<br>_____ ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on March 28, 2023, via teleconference, it is hereby

**ORDERED** that defendant Smith's Motion to Continue, ECF No. 86, is **DENIED**.

**SO ORDERED** this 28th day of March, 2023.

_____
REGGIE B. WALTON
United States District Judge