UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> DONNIE DUANE WREN and THOMAS ) <br> HARLEN SMITH, ) <br> ) <br> Defendants. ) <br> ) | Criminal Action No. 21-599 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court during the jury trial held on April 19, 2023, it is hereby

**ORDERED** that defendant Wren's Motion to Compel Disclosure of the Identity of Confidential Human Sources and Undercover Law Enforcement, ECF No. 103, is **DENIED**. It is further

**ORDERED** that the government's objection to defendant Wren referencing potential defense witness T.K. Johnson in his opening statement is **SUSTAINED**.[1]

**SO ORDERED** this 21st day of April, 2023.

REGGIE B. WALTON
United States District Judge

---

[1] If defendant Wren intends to call T.K. Johnson as a witness or elicit information regarding this individual, defendant Wren shall notify the Court prior to doing so.