CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

Could we please request witnesses define acronyms when they use them?

Date: 4/21/2023

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

### NOTE FROM JURY

Can witness confirm if he can or cannot identify people in brown/gray jacket?

If he can, are they here??

Date: 4/21/2023

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

Can the jury be provided a list of the charges against the defendants?

[signature crossed out]

[line crossed out]

Date: _____

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

### NOTE FROM JURY

In how many other protests have you had to use your direct impact weapon?

Date: 4/21/2023