CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

We did not take notes during voir dire & I can't recall the specific charges. I think I could better put the evidence into context, if I could refer to the individual charges.

Date: 4/24/2023