CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

May ~~Can~~ we consider the full text of emails or only the part highlighted and read during testimony?

Date: 4/27/2023

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

Is 807.12 admitted to evidence or not?

& same question for Smith's post about "when you see your fellow man being beaten... you have to do something..."

Date: 4/27/2023