CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

Please define "good faith belief" is that despite circumstantial evidence?

Date: 5/3/2023