CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

① Is it appropriate to isolate the actions of the defendants from the rest of the protesters, that is to either consider how the events would have gone down had the defendants never entered the capitol grounds or conversely, if there were only sufficient number of protesters on the west side of the capitol to constitute a civil disorder and they acted as shown in the evidence?
defendants

② Legally is it sufficient to designate an area 'restricted' absent any physical barrier or notice?

Date: 5/4/2023
Time: 11:09 am

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

For Counts 4+5, the fifth element states that the defendant acted with the intent to commit another felony. (bottom of p. 30) Does the word "another" refer only to counts 1, 2, or 3, or can any of the subsequent counts be considered?

Date: 5/4/23

Time: 12:25

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

can touch be an assault on "an" officer (physical touch) with or without intent to injury? or threat to injury?

Date: 5/4/23

Time: 12:45