CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

## NOTE FROM JURY

We noticed that there are exhibits in the Government notebook and on the thumbdrive that we did not see during the trial.

May we look at these exhibits as we deliberate?

Date: 5/5/23

Time: 9:15 am

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DONNIE DUANE WREN AND
THOMAS HARLEN SMITH

Civil/Criminal No.: 21-CR-599 (RBW)

### NOTE FROM JURY

We have completed our deliberations on all counts for both defendants.

We have verdicts on all counts to report.

Date: 5/5/2023

Time: 2:45 p.m.