UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>DONNIE DUANE WREN,<br><br>Defendant. | )<br>)<br>)<br>)  Criminal Action No. 21-599 (RBW)<br>)<br>)<br>)<br>)<br>) |

### VERDICT

**Count Two:** As to the offense of Obstructing Officers During a Civil Disorder, we the jury unanimously find the Defendant, Donnie Duane Wren:

_____          __X_____
Not Guilty           Guilty

**Count Four:** As to the offense of Assaulting, Resisting, or Impeding Certain Officers, we the jury unanimously find the Defendant, Donnie Duane Wren:

_____          __X_____
Not Guilty           Guilty

If you have marked Guilty as to Count Four above, proceed to Count Seven. If you marked Not Guilty, you must consider the lesser included offense:

**As to the offense of Assaulting, Resisting, or Impeding Certain Officers (without physical contact with the victim or intent to commit another felony), we the jury unanimously find the Defendant, Donnie Duane Wren:**

_____          _____
Not Guilty           Guilty

**Count Seven:** As to the offense of Entering or Remaining in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Donnie Duane Wren:

_____  __X_____
Not Guilty      Guilty

**Count Eight:** As to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Donnie Duane Wren:

__X_____  _____
Not Guilty      Guilty

**Count Nine:** As to the offense of Engaging in Physical Violence in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Donnie Duane Wren:

__X_____  _____
Not Guilty      Guilty

**Count Thirteen:** As to the offense of Disorderly Conduct in a Capitol Building or Grounds, we the jury unanimously find the Defendant, Donnie Duane Wren:

__X_____  _____
Not Guilty      Guilty

**Count Fourteen:** As to the offense of Act of Physical Violence in the Capitol Building or Grounds, we the jury unanimously find the Defendant, Donnie Duane Wren:

__X_____  _____
Not Guilty      Guilty

Please sign and date this verdict form on the lines provided below.

_5/5/2023_
**Date**

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict slip on the lines provided below.