**United States of America**

Government Exhibit List | **v.** | Criminal No.   21-cr-599 (RBW)

**Donnie Duane Wren & Thomas Harlen Smith**

| Exhibit Number | Description of Exhibit | Marked for ID | Received in Evidence | Witness | Exhibit Sent into Jury |
|---|---|---|---|---|---|
| | | | | | |
| **Series 100** | **Overview Exhibits** | | | | |
| 101 | Map of Restricted Perimeter | **4/24/2023** | **4/24/2023** | | |
| 102 | USCP Overview Video with Radio Runs (15 min) | | | | |
| 102.1 | USCP Overview Video without Radio Runs | **4/24/2023** | **4/24/2023** | **Carneysha Mendoza** | |
| 103 | 3D Map of Capitol Building | **4/20/2023** | **4/20/2023** | **DaVon Todd** | |
| 104 | USCP Order re: Closure | | | | |
| 105 | Image of West front with snow fencing | **4/24/2023** | **4/24/2023** | | |
| 106 | USCP Sign | **4/20/2023** | **4/20/2023** | **DaVon Todd** | |
| 107 | WDC TANGO RECORD - 2021-01-06 - 12h-35m-16s - (0h-0m-5s) | | | | |
| 108 | WDC TANGO RECORD - 2021-01-06 - 13h-59m-54s - (0h-0m-1s) | | | | |
| 109 | WDC TANGO RECORD - 2021-01-06 - 14h-00m-03s - (0h-0m-1s) | | | | |
| 110 | WDC TANGO RECORD - 2021-01-06 - 14h-14m-42s - (0h-0m-2s) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 111 | WDC TANGO RECORD - 2021-01-06 - 14h-20m-19s - (0h-0m-5s) | | | | |
| 112 | WDC TANGO RECORD - 2021-01-06 - 14h-20m-30s - (0h-0m-3s) | | | | |
| 113 | WDC TANGO RECORD - 2021-01-06 - 14h-20m-38s - (0h-0m-7s) | | | | |
| 114 | WDC TANGO RECORD - 2021-01-06 - 14h-21m-49s - (0h-0m-18s) redacted | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 115 | WDC TANGO RECORD - 2021-01-06 - 14h-25m-19s - (0h-0m-1s) | | | | |
| 116 | WDC TANGO RECORD - 2021-01-06 - 23h-31m-56s - (0h-0m-3s) | | | | |
| 117 | WDC TANGO RECORD - 2021-01-06 - 23h-32m-20s - (0h-0m-3s) | | | | |
| 118 | WDC TANGO RECORD - 2021-01-07 - 00h-20m-15s - (0h-0m-3s) | | | | |
| 119 | 2022.03.21 Griffin transcript - USSS testimony pg 211 | | | | |
| 120 | Motorcade Video | | | | |
| 121 | USSS Email Notification to U.S. Capitol Police | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 122 | USSS Head of State Notification | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |

| 123 | Video of VP Exiting | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 124 | 2021.01.06 Congressional vote | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 125 | Video Montage with Congressional Record | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 126 | U.S. Constitution – 12th Amendment | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 127 | 3 United States Code, Section 15 | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 128 | 3 United States Code, Section 16 | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 129 | 3 United States Code, Section 17 | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 130 | 3 United States Code, Section 18 | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 131 | Congressional Record -- Senate | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 132 | Congressional Record -- House | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 133 | Senate Concurrent Resolution 1 (Jan 3, 2021) | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 134 | House Video Certification DOJ affidavit | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 135 | Senate Certification | **4/20/2023** | **4/20/2023** | **Elizabeth Glavey** | |
| 136 | Safeway Email re: Curfew and Washington, D.C. Store Closures | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 137 | Safeway Mid-Atlantic Daily Sales Report for Washington, D.C. Stores (redacted) 1/5/2021 – 1/7/2021 | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |

| | | | | | |
|---|---|---|---|---|---|
| 138 | Safeway Warehouse Shipments Lancaster, PA to Washington, D.C. stores 1/3/2021 – 1/9/2021 | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 139 | Webster transcript - Safeway Manager testimony | | | | |
| 140 | Safeway Business Records Certification | **4/24/2023** | **4/27/2023** | **Michelle Ball** | |
| 141 | | | | | |
| 142 | Mayor's Order 2021-002 | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| | | | | | |
| **Series 200** | **Lower West Terrace and Tunnel** | | | | |
| 201 | CCTV 0074 Lower W Terrace Door Exterior at 2:53-3:10pm – Smith enters Tunnel; Wren observed outside Tunnel looking in | **4/24/2023** | **4/24/2023** | | |
| 201.1 | CCTV 0074 - clip | | | | |
| 201.2 | CCTV 0074 w arrows | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 202 | DaVon Todd Full BWC | **4/20/2023** | **4/20/2023** | **DaVon Todd** | |
| 202.1 | DaVon Todd, BWC at 3:02-3:10pm – Smith in the Tunnel hitting window with flag | | | | |
| 202.2 | DaVon Todd, BWC at 3:02pm – Smith in the Tunnel hitting window with flag -- clip | | | | |
| 202.3 | DaVon Todd, BWC – Zoom and arrow clip | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |

| | | | | | |
|---|---|---|---|---|---|
| 202.5 | Video | **5/1/2023** | | **Thomas Smith** | |
| 203 | "Full Footage Patriots Storm US Capitol" | | | | |
| 203.1 | "Full Footage Patriots Storm US Capitol" – clip | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 204 | "Cantwell 302-308" | | | | |
| 204.1 | "Cantwell 302-308" – clip of Smith moving towards the Tunnel exit | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 204.2 | "Cantwell 302-308" – clip of Smith's red beanie on the ground | | | | |
| 205 | Cantwell 302 | | | | |
| 206 | "St. Cyr" | | | | |
| 206.1 | "St. Cyr" – clip of Smith and flag. Smith wearing beanie. Hits glass with flagpole | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 207 | "Morgan Google 255-308" video | | | | |
| 207.1 | "Morgan Google 255-308" – clip of Smith inside the Tunnel. Hits glass with flagpole | | | | |
| 208 | "Farina, Unbelievable Footage" | | | | |
| 208.1 | "Farina, Unbelievable Footage" – clip of Smith's flag, then Smith (wearing red beanie) moving towards police line, later exiting the Tunnel without the red beanie | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |

| | | | | | |
|---|---|---|---|---|---|
| 209 | Farina Certificate of Authenticity | | | | |
| 210 | Side-by-side of tunnel, CCTV and BWC | | | | |
| 211 | Side-by-side of tunnel, St. Cyr and CCTV | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 212 | "IMG_024668" – clip of Smith and Wren climbing wall | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 213 | Jin Park BWC | | | | |
| 214 | Wren outside of tunnel still | | | | |
| 215 | Wren outside of tunnel still | | | | |
| 216 | Photo | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| | | | | | |
| **Series 300** | **Upper West Terrace** | | | | |
| 301 | CCTV 0908 Upper West Terrace at 3:39-3:41pm – Wren and Smith entering area with flags | | | | |
| 302 | CCTV 0908 Upper West Terrace at 3:49-3:58pm – Wren and Smith on planter in front of police line | **4/24/2023** | **4/24/2023** | | |
| 303 | CCTV 0908 Upper West Terrace at 3:59-4:02pm – Wren and Smith in front of police line, then walking towards the North Terrace | **4/24/2023** | **4/24/2023** | | |
| 304 | CCTV 0926 Upper Terrace West at 21h18min40s | **4/24/2023** | **4/24/2023** | | |
| 304.1 | CCTV 0926 Upper Terrace West at 4:18-4:30pm – Smith and Wren pushing | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |

| | | | | |
|---|---|---|---|---|
| | police line; Officer kicked; Object thrown at officers (timestamped) | | | | |
| 304.2 | CCTV 0926 UWT at 4:21: pushing officer line, flag toss | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 304.3 | CCTV 0926 UWT at 4:21: pushing officer line, flag toss (clip) | | | | |
| 304.4 | CCTV 0926 UWT at 4:26: kick | | | | |
| 304.5 | CCTV 0926 UWT at 4:27: stick throw | **4/21/2023** | **4/21/2023** | **Anthony Campanale** | |
| 304.6 | CCTV 0926 Kick Zoom | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 304.7 | CCTV 09626 Throw Zoom | **4/21/2023** | **4/21/2023** | **Anthony Campanale** | |
| 305 | CCTV 0927 Upper Terrace Northwest at 4:11-4:25pm – Crowd from behind during push | **4/24/2023** | **4/24/2023** | | |
| 305.1 | CCTV 0927 Upper Terrace Northwest at 4:25-4:30pm – Object thrown at officers | | | | |
| 305.2 | CCTV 0927 Upper Terrace Northwest at 4:25-4:30pm – Object thrown at officers (clip) | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 305.3 | CCTV 0927 Stick Throw from North | | | | |
| 306 | Vanacore BWC Clip | | | | |
| 307 | Kevin Veizaj BWC, from 4:20:45—4:27:11 – in police line on UWT | | | | |

| 308 | Linwood Thornton BWC, from 4:20:44—4:27:31 | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |
|---|---|---|---|---|---|
| 308.1 | Video | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 309 | Jeffrey Smith BWC, from 3:54-4:21pm – Smith and Wren in front of police line with flags | | | | |
| 310 | Tabitha Alberti BWC, at 4:22pm – Flag hitting officers and ground | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |
| 310.1 | Alberti BWC Clip | | | | |
| 311 | Daniel Harvey BWC, at 4:26:10-4:26:53 – pushing police line | | | | |
| 312 | Eric Watson BWC, at 4:26:13-4:26:55 – pushing police line | | | | |
| 313 | Christopher Wickham BWC, at 4:26-4:28pm – Officer kicked | | | | |
| 314 | Anthony Rowley BWC, 4:26:31-4:26:57pm – Victim/Officer kicked | **4/21/2023** | **4/21/2023** | **Anthony Rowley** | |
| 315 | Brian Stacks BWC, at 4:20-4:28pm – Officer kicked and object thrown | | | | |
| 315.1 | Brian Stacks BWC Pre-kick clip | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 315.2 | Brian Stacks BWC kick and pole throw | **4/21/2023** | **4/21/2023** | **Anthony Campanale** | |
| 316 | Anthony Campanale BWC, at 4:26:25—4:27:36 – Victim/officer hit by object | **4/21/2023** | **4/21/2023** | **Anthony Campanale** | |

| | | | | | |
|---|---|---|---|---|---|
| 316.1 | Campanale BWC Zoom in | **4/21/2023** | **4/21/2023** | **Anthony Campanale** | |
| 317 | Daniel Harvey BWC, at 4:27:23—4:27:41 – Object hits officers | **4/21/2023** | **4/21/2023** | **Anthony Campanale** | |
| 318 | Eric Watson BWC, at 4:27:17—4:28:03 – object hits officers | | | | |
| 319 | Parler, "BrooksPearson 0261f0Ten46K.mp4" – clip of Wren and Smith holding flags on planter UWT | | | | |
| 320 | "Jess Weber" | | | | |
| 320.1 | Jess Weber at 14-15min | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 320.2 | Jess Weber at 20-22min | | | | |
| 321 | "Dream Floral" | | | | |
| 321.1 | "Dream Floral" at first minute – clip of Wren pushing police shield, Smith next to him with flag | | | | |
| 321.2 | Clip from YouTube, "Storm the Capitol w/ Dream Floral" (8:24-8:47) – Smith's boot / kicking officer from behind | | | | |
| 321.3 | Still from Dream Floral of Kick | | | | |
| 322 | Smith Interview | | | | |
| 323 | Michael Phan BWC clearing UWT | | | | |
| 324 | Axon_Body_3_Video_2 | | | | |
| 325 | Third party video of UWT crowd | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 326 | Third party video of UWT Smith kick | | | | |
| 327 | Wren parading w flag still | | | | |
| 328 | Still of Wren pushing | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |
| 329 | Still of Wren pushing | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |
| 330 | Still of Wren pushing | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |
| 331 | Video | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |
| 332 | Video | **4/21/2023** | **4/21/2023** | **Robert Heaney** | |
| 333 | Photo | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| | | | | | |
| **Series 400** | **Other Locations** | | | | |
| 401 | Martin video of Smith and Wren watching/blocking police cars as they walk towards Capitol | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 402 | CCTV 0929 Upper Terrace NE Full | | | | |
| 402.1 | CCTV 0929 Upper Terrace NE at 4:35-4:36pm – Smith and Wren reunited, walking East | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| | | | | | |
| **Series 500** | **Arrest and Physical Evidence** | | | | |
| 501.1 | Wren custodial interview recording part 1 | | | | |
| 501.2 | Wren custodial interview recording part 2 | | | | |
| 502 | Smith Brown Jacket | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 503 | Smith Camouflage Coveralls | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 504 | Smith Boots | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 505 | Advice of Rights | **4/21/2023** | **4/21/2023** | **Cindy Barrois** | |

| | | | | | |
|---|---|---|---|---|---|
| 506 | Consent to Search | **4/21/2023** | **4/21/2023** | **Cindy Barrois** | |
| 507 | Wren's Phone | **4/21/2023** | **4/21/2023** | **Cindy Barrois** | |
| | | | | | |
| **Series 600** | **Evidence from Wren's Cell Phone** | | | | |
| 601 | IMG_0071 | **4/24/2023** | **4/27/2023** | **Michelle Ball** | |
| 602 | IMG_0072 | **4/27/2023** | **4/27/2023** | | |
| 603 | IMG_0075 | | | | |
| 604 | IMG_0079 | | | | |
| 605 | IMG_0080 | | | | |
| 606 | IMG_0083 | | | | |
| 607 | IMG_0086 | | | | |
| 608 | IMG_0090 | | | | |
| 609 | IMG_0094 | | | | |
| 610 | IMG_0095 | | | | |
| 611 | IMG_0096 | **4/28/2023** | **4/28/2023** | **Donnie Wren** | |
| 612 | IMG_0097 | | | | |
| 613 | IMG_0099 | **4/27/2023** | **4/27/2023** | | |
| 614 | IMG_0101 | **4/27/2023** | **4/27/2023** | | |
| 615 | IMG_0104 | | | | |
| 616 | IMG_0105 | | | | |
| 617 | IMG_0106 | | | | |
| 618 | IMG_0108 | | | | |
| 619 | IMG_0109 | | | | |
| 620 | IMG_0110 | | | | |
| 621 | IMG_0111 | **4/27/2023** | **4/27/2023** | | |
| 622 | IMG_0112 | | | | |
| 623 | IMG_0113 | | | | |
| 624 | IMG_0114 | **4/27/2023** | **4/27/2023** | | |
| 625 | IMG_0115 | **4/27/2023** | **4/27/2023** | | |
| 626 | IMG_0116 | **4/27/2023** | **4/27/2023** | | |
| 627 | IMG_0117 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 628 | IMG_0118 | | | | |
| 629 | IMG_0119 | | | | |
| 630 | IMG_0120 | **4/27/2023** | **4/27/2023** | | |
| 631 | IMG_0121 | | | | |
| 632 | IMG_0122 | | | | |
| 633 | IMG_0123 | | | | |
| 634 | IMG_0126 | **4/24/2023** | **4/27/2023** | **Michelle Ball** | |
| 635 | IMG_0127 | | | | |
| 636 | IMG_0130 | **4/27/2023** | **4/27/2023** | | |
| 637 | IMG_0131 | **4/27/2023** | **4/27/2023** | | |
| 638 | IMG_0133 | **4/27/2023** | **4/27/2023** | | |
| 639 | IMG_0134 | **4/24/2023** | **4/27/2023** | **Michelle Ball** | |
| 640 | IMG_0140 | | | | |
| 641 | IMG_0141 | | | | |
| 642 | IMG_0142 | | | | |
| 643 | IMG_0144 | | | | |
| 644 | IMG_0157 | | | | |
| 646 | Chain of Custody for Wren's Phone | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| | | | | | |
| **Series 800** | **Evidence from Facebook** | | | | |
| 801 | 100003229929401_affidavit_Smith | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 802 | 100000142865448_affidavit_Wren | | | | |
| 803 | Wren Facebook Return | | | | |
| 804.1 | Wren shares_256227132069027 | | | | |
| 804.2 | Wren shares_1060237627649576 | | | | |
| 804.3 | Wren shares_2851290048487255 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 804.4 | Wren shares_4013377638706858 | | | | |
| 805 | Smith Facebook Group Messages.pdf | | | | |
| 805.1 | Excerpt from Smith Facebook Return | | | | |
| 805.2 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 806 | Smith Facebook Shares – Facebook Legal Request post.pdf | | | | |
| 806.1 | Excerpt from Smith Facebook Return | | | | |
| 806.2 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 806.3 | Excerpt from Smith Facebook Return | | | | |
| 806.4 | Excerpt from Smith Facebook Return | | | | |
| 806.5 | Excerpt from Smith Facebook Return | | | | |
| 806.6 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 806.7 | Excerpt from Smith Facebook Return | | | | |
| 806.8 | Excerpt from Smith Facebook Return | | | | |
| 806.9 | Excerpt from Smith Facebook Return | | | | |
| 806.10 | Excerpt from Smith Facebook Return | | | | |
| 806.11 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |

| | | | | |
|---|---|---|---|---|
| 806.12 | Excerpt from Smith Facebook Return | | | |
| 806.13 | Excerpt from Smith Facebook Return | | | |
| 806.14 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** |
| 806.15 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** |
| 806.16 | Excerpt from Smith Facebook Return | | | |
| 806.17 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** |
| 806.18 | Excerpt from Smith Facebook Return | | | |
| 806.19 | Excerpt from Smith Facebook Return | | | |
| 806.20 | Excerpt from Smith Facebook Return | **4/27/2023** | **4/27/2023** | **Michelle Ball** |
| 806.21 | Excerpt from Smith Facebook Return | | | |
| 806.22 | Excerpt from Smith Facebook Return | | | |
| 806.23 | Excerpt from Smith Facebook Return | | | |
| 806.24 | Excerpt from Smith Facebook Return | | | |
| 806.25 | Excerpt from Smith Facebook Return | | | |
| 806.26 | Excerpt from Smith Facebook Return | | | |
| 807 | Smith messages.pdf | | | |
| 807.1 | Excerpt from Smith Facebook Return | | | |

| 807.2 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 807.3 | Excerpt from Smith Facebook Return | | | | |
| 807.4 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 807.5 | Excerpt from Smith Facebook Return | | | | |
| 807.6 | Excerpt from Smith Facebook Return | **4/27/2023** | | | |
| 807.7 | Excerpt from Smith Facebook Return | | | | |
| 807.8 | Excerpt from Smith Facebook Return | | | | |
| 807.9 | Excerpt from Smith Facebook Return | **4/27/2023** | | | |
| 807.10 | Excerpt from Smith Facebook Return | | | | |
| 807.11 | Excerpt from Smith Facebook Return | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 807.12 | Excerpt from Smith Facebook Return | **4/27/2023** | | | |
| 807.13 | Excerpt from Smith Facebook Return | **4/27/2023** | | | |
| 807.14 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 808 | Smith's minified.pdf | | | | |
| 808.1 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 808.2 | Excerpt from Smith Facebook Return | | | | |
| 808.3 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |

| | | | | | |
|---|---|---|---|---|---|
| 808.4 | Excerpt from Smith Facebook Return | | | | |
| 808.5 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 808.6 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 809 | Smith's photos.pdf | | | | |
| 809.1 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 809.2 | Excerpt from Smith Facebook Return | | | | |
| 810 | Smith Facebook Return | | | | |
| 810.1 | activity_log_277475226422797.png | | | | |
| 810.2 | activity_log_2080857782006089.mp4 | | | | |
| 810.3 | activity_log_3495835330534097.jpg | | | | |
| 810.4 | activity_log_3495836563867307.jpg | | | | |
| 810.5 | activity_log_3553096118134567.mp4 | | | | |
| 810.6 | activity_log_3647629895354639.jpg | | | | |
| 810.7 | activity_log_3647733108677651.jpg | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 810.8 | activity_log_3647733538677608.jpg | | | | |
| 810.9 | activity_log_3647733645344264.jpg | | | | |
| 810.10 | activity_log_3647733828677579.jpg | | | | |

| | | | | |
|---|---|---|---|---|
| 810.11 | activity_log_36477863086 72331.jpg | | | |
| 810.12 | activity_log_36479540553 22223.jpg | | | |
| 810.13 | activity_log_36479544119 88854.jpg | | | |
| 810.14 | activity_log_36479613653 21492.jpg | | | |
| 810.15 | activity_log_36515072216 33573.jpg | | | |
| 810.16 | activity_log_36515087483 00087.jpg | | | |
| 810.17 | activity_log_54596888273 78425.mp4 | | | |
| 810.18 | group_message_36474748 12036814.jpg | | | |
| 810.19 | group_message_36474748 62036809.jpg | | | |
| 810.20 | group_message_36474749 62036799.jpg | | | |
| 810.21 | group_message_36474750 15370127.jpg | | | |
| 810.22 | group_message_36474750 98703452.jpg | | | |
| 810.23 | group_message_36476258 92021706.jpg | | | |
| 810.24 | group_message_36476259 55355033.jpg | | | |
| 810.25 | group_message_36476534 98685612.jpg | | | |
| 810.26 | group_message_36476535 88685603.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.27 | group_message_36476536 98685592.jpg | | | |
| 810.28 | group_message_36476538 02018915.jpg | | | |
| 810.29 | group_message_36476539 88685563.jpg | | | |
| 810.30 | photos_108276281287113. jpg | | | |
| 810.31 | photos_112468647534543. jpg | | | |
| 810.32 | photos_116210983826976. jpg | | | |
| 810.33 | photos_116212813826793. jpg | | | |
| 810.34 | photos_119896830125058. jpg | | | |
| 810.35 | photos_196266338883774. jpg | | | |
| 810.36 | photos_346672954677800 9.jpg | | | |
| 810.37 | photos_347132014965228 2.jpg | | | |
| 810.38 | photos_355445057133923 9.jpg | | | |
| 810.39 | photos_360498866628542 9.jpg | | | |
| 810.40 | photos_361962485815514 3.jpg | | | |
| 810.41 | photos_364164153262014 2.jpg | | | |
| 810.42 | photos_364164159928680 2.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.43 | photos_364164171928679 0.jpg | | | |
| 810.44 | photos_364164181262011 4.jpg | | | |
| 810.45 | photos_364164191928677 0.jpg | **4/27/2023** | **4/27/2023** | **Michelle Ball** |
| 810.46 | photos_364164196595343 2.jpg | | | |
| 810.47 | photos_364164210262008 5.jpg | **4/27/2023** | **4/27/2023** | **Michelle Ball** |
| 810.48 | photos_364164223595340 5.jpg | | | |
| 810.49 | photos_364189179259511 6.jpg | | | |
| 810.50 | photos_364189196259509 9.jpg | | | |
| 810.51 | photos_364189208259508 7.jpg | | | |
| 810.52 | photos_364189218592841 0.jpg | | | |
| 810.53 | photos_364189229592839 9.jpg | | | |
| 810.54 | photos_364189242592838 6.jpg | | | |
| 810.55 | photos_364741411204288 4.jpg | | | |
| 810.56 | photos_364741756870920 5.jpg | | | |
| 810.57 | photos_364742012204228 3.jpg | | | |
| 810.58 | photos_364744742870621 9.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.59 | photos_364759467535816<br>1.jpg | | | |
| 810.60 | photos_364795405532222<br>3.jpg | | | |
| 810.61 | photos_364795441198885<br>4.jpg | | | |
| 810.62 | photos_364796136532149<br>2.jpg | | | |
| 810.63 | photos_365101977501565<br>1.jpg | | | |
| 810.64 | photos_365102151834881<br>0.jpg | | | |
| 810.65 | photos_368621073816322<br>1.jpg | | | |
| 810.66 | photos_368633021815127<br>3.jpg | | | |
| 810.67 | photos_368633025815126<br>9.jpg | | | |
| 810.68 | photos_368633031481793<br>0.jpg | | | |
| 810.69 | photos_368633036148459<br>2.jpg | | | |
| 810.70 | photos_368633042815125<br>2.jpg | | | |
| 810.71 | photos_368633046481791<br>5.jpg | | | |
| 810.72 | photos_368633050481791<br>1.jpg | | | |
| 810.73 | photos_368633055815123<br>9.jpg | | | |
| 810.74 | photos_368633061148456<br>7.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.75 | photos_368633067148456 1.jpg | | | |
| 810.76 | photos_368850759460020 2.jpg | | | |
| 810.77 | photos_375642223114207 1.jpg | | | |
| 810.78 | photos_395658479445914 6.jpg | | | |
| 810.79 | photos_102087562860625 39.jpg | | | |
| 810.80 | posts_to_other_walls_1140 858012789159.mp4 | | | |
| 810.81 | shares_582227391074.jpg | | | |
| 810.82 | shares_109721764314678.j pg | | | |
| 810.83 | shares_147711903706197.j pg | | | |
| 810.84 | shares_178212197336822.j pg | | | |
| 810.85 | shares_187255526432489.j pg | | | |
| 810.86 | shares_188696372955071.j pg | | | |
| 810.87 | shares_188696389621736.j pg | | | |
| 810.88 | shares_191181322555867. png | | | |
| 810.89 | shares_196266338883774.j pg | | | |
| 810.90 | shares_197255785457782.j pg | | | |
| 810.91 | shares_214044670239864.j pg | | | |

| | | | | |
|---|---|---|---|---|
| 810.92 | shares_225617381498764.jpg | | | |
| 810.93 | shares_227954852195202.jpg | | | |
| 810.94 | shares_240080941072987.jpg | | | |
| 810.95 | shares_258471069233974.jpg | | | |
| 810.96 | shares_335322206822034.jpg | | | |
| 810.97 | shares_348611245472117.jpg | | | |
| 810.98 | shares_396841888358234.jpg | | | |
| 810.99 | shares_398796508208223.jpg | | | |
| 810.100 | shares_408263573522679.mp4 | | | |
| 810.101 | shares_420938928246119.jpg | | | |
| 810.102 | shares_425368861927864.jpg | | | |
| 810.103 | shares_425806625243099.jpg | | | |
| 810.104 | shares_544253856400322.jpg | | | |
| 810.105 | shares_556286624850440.jpg | | | |
| 810.106 | shares_707893476040545.png | | | |
| 810.107 | shares_742514913004369.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.108 | shares_744298795647131.jpg | | | |
| 810.109 | shares_825632537915617.jpg | | | |
| 810.110 | shares_831472527675651.jpg | | | |
| 810.111 | shares_833174677288135.jpg | | | |
| 810.112 | shares_917191545476493.jpg | | | |
| 810.113 | shares_966622206742435.jpg | | | |
| 810.114 | shares_1021350791220799.jpg | | | |
| 810.115 | shares_1046819579101065.jpg | | | |
| 810.116 | shares_1047570219028758.jpg | | | |
| 810.117 | shares_1060237627649576.jpg | | | |
| 810.118 | shares_1120065161509698.jpg | | | |
| 810.119 | shares_1281094545341531.jpg | | | |
| 810.120 | shares_1342957159375753.jpg | | | |
| 810.121 | shares_1416327481874521.jpg | | | |
| 810.122 | shares_1481789385292617.jpg | | | |
| 810.123 | shares_1615469508626170.png | | | |

| | | | | |
|---|---|---|---|---|
| 810.124 | shares_1743563519132029 .jpg | | | |
| 810.125 | shares_1803079739795426 .jpg | | | |
| 810.126 | shares_1863511887151035 .jpg | | | |
| 810.127 | shares_1866504526851771 .jpg | | | |
| 810.128 | shares_1871902419645315 .jpg | | | |
| 810.129 | shares_1875599765942247 .jpg | | | |
| 810.130 | shares_1995806280559238 .jpg | | | |
| 810.131 | shares_2176351932590218 .jpg | | | |
| 810.132 | shares_2267078253536315 .jpg | | | |
| 810.133 | shares_2367643393265948 .jpg | | | |
| 810.134 | shares_2371348556228973 .jpg | | | |
| 810.135 | shares_2387498584870325 .jpg | | | |
| 810.136 | shares_2425938190990490 .jpg | | | |
| 810.137 | shares_2564474510512054 .jpg | | | |
| 810.138 | shares_2597368967252088 .jpg | | | |
| 810.139 | shares_2614326822206360 .jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.140 | shares_2752164218133863.jpg | | | |
| 810.141 | shares_2761098044146768.jpg | | | |
| 810.142 | shares_2802353766647097.jpg | | | |
| 810.143 | shares_2844668372210669.jpg | | | |
| 810.144 | shares_2852743668331644.jpg | | | |
| 810.145 | shares_2981612695408018.jpg | | | |
| 810.146 | shares_3304738476296937.jpg | | | |
| 810.147 | shares_3381476701980182.jpg | | | |
| 810.148 | shares_3468869426531767.jpg | | | |
| 810.149 | shares_3514051021982640.jpg | | | |
| 810.150 | shares_3521658254536954.jpg | | | |
| 810.151 | shares_3521658497870263.jpg | | | |
| 810.152 | shares_3521658511203595.jpg | | | |
| 810.153 | shares_3526626324040894.jpg | | | |
| 810.154 | shares_3536585079765972.jpg | | | |
| 810.155 | shares_3554237854683786.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.156 | shares_3564501160324122.jpg | | | |
| 810.157 | shares_3582414965131196.jpg | | | |
| 810.158 | shares_3629730107104073.jpg | | | |
| 810.159 | shares_3642265672532467.jpg | | | |
| 810.160 | shares_3645551655508696.jpg | | | |
| 810.161 | shares_3653599171367685.jpg | | | |
| 810.162 | shares_3656565734407288.jpg | | | |
| 810.163 | shares_3658228270937184.jpg | | | |
| 810.164 | shares_3662369957142136.jpg | | | |
| 810.165 | shares_3670407389651046.mp4 | | | |
| 810.166 | shares_3683584785038716.jpg | | | |
| 810.167 | shares_3712853075475296.jpg | | | |
| 810.168 | shares_3750892541622818.jpg | | | |
| 810.169 | shares_3767774366617619.jpg | | | |
| 810.170 | shares_3787304001303453 | | | |
| 810.171 | shares_3807412412651554.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.172 | shares_3807883699250049 .jpg | | | |
| 810.173 | shares_3828848053861133 .jpg | | | |
| 810.174 | shares_3876027659115480 .jpg | | | |
| 810.175 | shares_3937097759652326 .jpg | | | |
| 810.176 | shares_4018006344916982 .jpg | | | |
| 810.177 | shares_4018382544893376 .jpg | | | |
| 810.178 | shares_4050699801609443 .jpg | | | |
| 810.179 | shares_4050699874942769 .jpg | | | |
| 810.180 | shares_4072127862798498 .jpg | | | |
| 810.181 | shares_4086017014760380 .jpg | | | |
| 810.182 | shares_4086017024760379 .jpg | | | |
| 810.183 | shares_4086017184760363 .jpg | | | |
| 810.184 | shares_4086020954759986 .jpg | | | |
| 810.185 | shares_4099226380121983 .jpg | | | |
| 810.186 | shares_4107766782585232 .jpg | | | |
| 810.187 | shares_4155906694437907 .jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.188 | shares_4279323232082942.jpg | | | |
| 810.189 | shares_4440481255981785.jpg | | | |
| 810.190 | shares_4538385019522186.jpg | | | |
| 810.191 | shares_4579083618828894.jpg | | | |
| 810.192 | shares_4789859691056361.jpg | | | |
| 810.193 | shares_5630259790380174.jpg | | | |
| 810.194 | shares_5636480526424767.jpg | | | |
| 810.195 | shares_5650394051700081.jpg | | | |
| 810.196 | shares_5663153757090777.jpg | | | |
| 810.197 | shares_10152944732453159.jpg | | | |
| 810.198 | shares_10157279818827142.jpg | | | |
| 810.199 | shares_10157510918482854.jpg | | | |
| 810.200 | shares_10157770946087541.jpg | | | |
| 810.201 | shares_10158081491222736.jpg | | | |
| 810.202 | shares_10158174331139527.jpg | | | |
| 810.203 | shares_10158181477825641.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.204 | shares_1015822518353452 7.jpg | | | |
| 810.205 | shares_1015822924617452 7.jpg | | | |
| 810.206 | shares_1015881555216694 3.jpg | | | |
| 810.207 | shares_1015912385861050 5.jpg | | | |
| 810.208 | shares_1015951881180931 1.jpg | | | |
| 810.209 | shares_1016047589895356 9.jpg | | | |
| 810.210 | shares_1016415674854001 2.jpg | | | |
| 810.211 | shares_1016417760853507 4.jpg | | | |
| 810.212 | shares_1016468738192538 5.jpg | | | |
| 810.213 | shares_1020574436944408 1.jpg | | | |
| 810.214 | shares_1021128904669214 2.jpg | | | |
| 810.215 | shares_1021134271146775 9.jpg | | | |
| 810.216 | shares_1021469273139078 2.jpg | | | |
| 810.217 | shares_1021496926382556 8.jpg | | | |
| 810.218 | shares_1021682274661321 1.jpg | | | |
| 810.219 | shares_1021745162287384 2.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.220 | shares_10218482339502615.jpg | | | |
| 810.221 | shares_10219071942445009.jpg | | | |
| 810.222 | shares_10219262536142716.jpg | | | |
| 810.223 | shares_10219301010538388.jpg | | | |
| 810.224 | shares_10219315397337489.jpg | | | |
| 810.225 | shares_10219520396133720.jpg | | | |
| 810.226 | shares_10219673399000126.jpg | | | |
| 810.227 | shares_10219742517415179.jpg | | | |
| 810.228 | shares_10220781890471793.jpg | | | |
| 810.229 | shares_10220844219953320.jpg | | | |
| 810.230 | shares_10220860908487194.jpg | | | |
| 810.231 | shares_10220977493444602.jpg | | | |
| 810.232 | shares_10221186945357239.jpg | | | |
| 810.233 | shares_10221341820708080.jpg | | | |
| 810.234 | shares_10222130290879511.jpg | | | |
| 810.235 | shares_10222167198266822.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.236 | shares_1022387791195270 0.jpg | | | |
| 810.237 | shares_1022399397310347 0.jpg | | | |
| 810.238 | shares_1022429790122306 3.jpg | | | |
| 810.239 | shares_1022430682192221 5.jpg | | | |
| 810.240 | shares_1022434144571282 7.jpg | | | |
| 810.241 | shares_1022441570296322 8.jpg | | | |
| 810.242 | shares_1022477582996777 9.jpg | | | |
| 810.243 | shares_1022552062846242 4.jpg | | | |
| 810.244 | status_updates_582227391 074.jpg | | | |
| 810.245 | status_updates_178212197 336822.jpg | | | |
| 810.246 | status_updates_187255526 432489.jpg | | | |
| 810.247 | status_updates_196266338 883774.jpg | | | |
| 810.248 | status_updates_335322206 822034.jpg | | | |
| 810.249 | status_updates_376279650 128368.mp4 | | | |
| 810.250 | status_updates_420938928 246119.jpg | | | |
| 810.251 | status_updates_429628154 584497.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.252 | status_updates_707893476 040545.png | | | |
| 810.253 | status_updates_744298795 647131.jpg | | | |
| 810.254 | status_updates_917191545 476493.jpg | | | |
| 810.255 | status_updates_132474941 7903891.jpg | | | |
| 810.256 | status_updates_141632748 1874521.jpg | | | |
| 810.257 | status_updates_217635193 2590218.jpg | | | |
| 810.258 | status_updates_346672954 6778009.jpg | | | |
| 810.259 | status_updates_347132014 9652282.jpg | | | |
| 810.260 | status_updates_348014719 8728810.mp4 | | | |
| 810.261 | status_updates_348271419 1846211.png | | | |
| 810.262 | status_updates_348272717 5178246.png | | | |
| 810.263 | status_updates_348397255 1720375.jpg | | | |
| 810.264 | status_updates_350101442 0016188.png | | | |
| 810.265 | status_updates_350408454 9709175.jpg | | | |
| 810.266 | status_updates_350653014 6131282.png | | | |
| 810.267 | status_updates_351688421 5095875.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.268 | status_updates_352099249<br>4685047.jpg | | | |
| 810.269 | status_updates_352104434<br>4679862.jpg | | | |
| 810.270 | status_updates_353193337<br>6924292.jpg | | | |
| 810.271 | status_updates_353193668<br>6923961.jpg | | | |
| 810.272 | status_updates_355444723<br>4672906.png | | | |
| 810.273 | status_updates_355445057<br>1339239.jpg | | | |
| 810.274 | status_updates_356228974<br>7221988.png | | | |
| 810.275 | status_updates_356771121<br>6679841.jpg | | | |
| 810.276 | status_updates_357362194<br>9422101.png | | | |
| 810.277 | status_updates_357363059<br>6087903.jpg | | | |
| 810.278 | status_updates_358276783<br>1840846.jpg | | | |
| 810.279 | status_updates_358930892<br>7853403.jpg | | | |
| 810.280 | status_updates_358932124<br>4518838.png | | | |
| 810.281 | status_updates_360498866<br>6285429.jpg | | | |
| 810.282 | status_updates_360523604<br>2927358.jpg | | | |
| 810.283 | status_updates_360879269<br>2571693.png | | | |

| | | | | |
|---|---|---|---|---|
| 810.284 | status_updates_360880160 5904135.jpg | | | |
| 810.285 | status_updates_361013680 9103948.jpg | | | |
| 810.286 | status_updates_361957711 8159917.jpg | | | |
| 810.287 | status_updates_361958003 8159625.jpg | | | |
| 810.288 | status_updates_361962485 8155143.jpg | | | |
| 810.289 | status_updates_364164153 2620142.jpg | | | |
| 810.290 | status_updates_364164159 9286802.jpg | | | |
| 810.291 | status_updates_364164171 9286790.jpg | | | |
| 810.292 | status_updates_364164181 2620114.jpg | | | |
| 810.293 | status_updates_364164191 9286770.jpg | | | |
| 810.294 | status_updates_364164196 5953432.jpg | | | |
| 810.295 | status_updates_364164210 2620085.jpg | | | |
| 810.296 | status_updates_364164223 5953405.jpg | | | |
| 810.297 | status_updates_364189179 2595116.jpg | | | |
| 810.298 | status_updates_364189196 2595099.jpg | | | |
| 810.299 | status_updates_364189208 2595087.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.300 | status_updates_364189218_5928410.jpg | | | |
| 810.301 | status_updates_364189229_5928399.jpg | | | |
| 810.302 | status_updates_364189242_5928386.jpg | | | |
| 810.303 | status_updates_364741411_2042884.jpg | | | |
| 810.304 | status_updates_364741756_8709205.jpg | | | |
| 810.305 | status_updates_364742012_2042283.jpg | | | |
| 810.306 | status_updates_364742811_5374817.jpg | | | |
| 810.307 | status_updates_365003064_1781231.jpg | | | |
| 810.308 | status_updates_365071467_5046161.jpg | | | |
| 810.309 | status_updates_365108973_1675322.jpg | | | |
| 810.310 | status_updates_365108973_1675322.png | | | |
| 810.311 | status_updates_365256880_8194081.jpg | | | |
| 810.312 | status_updates_365374427_8076534.png | | | |
| 810.313 | status_updates_365375149_4742479.jpg | | | |
| 810.314 | status_updates_365387198_1397097.jpg | | | |
| 810.315 | status_updates_365391765_1392530.png | | | |

| | | | | |
|---|---|---|---|---|
| 810.316 | status_updates_365393600 4724028.png | | | |
| 810.317 | status_updates_365637552 4480076.png | | | |
| 810.318 | status_updates_365650904 7800057.jpg | | | |
| 810.319 | status_updates_365963993 0820302.jpg | | | |
| 810.320 | status_updates_365964975 0819320.png | | | |
| 810.321 | status_updates_366086485 7364476.png | | | |
| 810.322 | status_updates_366631175 0153120.jpg | | | |
| 810.323 | status_updates_367040738 9651046.mp4 | | | |
| 810.324 | status_updates_368633021 8151273.jpg | | | |
| 810.325 | status_updates_368633025 8151269.jpg | | | |
| 810.326 | status_updates_368633031 4817930.jpg | | | |
| 810.327 | status_updates_368633036 1484592.jpg | | | |
| 810.328 | status_updates_368633042 8151252.jpg | | | |
| 810.329 | status_updates_368633046 4817915.jpg | | | |
| 810.330 | status_updates_368633050 4817911.jpg | | | |
| 810.331 | status_updates_368633055 8151239.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.332 | status_updates_368633061 1484567.jpg | | | |
| 810.333 | status_updates_368633067 1484561.jpg | | | |
| 810.334 | status_updates_375642223 1142071.jpg | | | |
| 810.335 | status_updates_391094278 2356681.jpg | | | |
| 810.336 | status_updates_395658479 4459146.jpg | | | |
| 810.337 | status_updates_563025979 0380174.jpg | | | |
| 810.338 | status_updates_563648052 6424767.jpg | | | |
| 810.339 | status_updates_565039405 1700081.jpg | | | |
| 810.340 | status_updates_566315375 7090777.jpg | | | |
| 810.341 | status_updates_101529447 32453159.jpg | | | |
| 810.342 | status_updates_101582292 46174527.jpg | | | |
| 810.343 | status_updates_102112890 46692142.jpg | | | |
| 810.344 | status_updates_102168227 46613211.jpg | | | |
| 810.345 | status_updates_102182195 29452839.jpg | | | |
| 810.346 | status_updates_102193010 10538388.jpg | | | |
| 810.347 | status_updates_102196733 99000126.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.348 | status_updates_102243414 45712827.jpg | | | |
| 810.349 | unified_message_1144154 27227503.jpg | | | |
| 810.350 | unified_message_1212871 93174847.jpg | | | |
| 810.351 | unified_message_1216602 86487665.mp4 | | | |
| 810.352 | unified_message_1263621 87548578.png | | | |
| 810.353 | unified_message_1312163 75521033.jpg | | | |
| 810.354 | unified_message_1396370 21443580.jpg | | | |
| 810.355 | unified_message_1445114 34142815.jpg | | | |
| 810.356 | unified_message_1620850 75693192.jpg | | | |
| 810.357 | unified_message_1811460 87136070.jpg | | | |
| 810.358 | unified_message_1862682 09874044.jpg | | | |
| 810.359 | unified_message_1928798 72387031.mp4 | | | |
| 810.360 | unified_message_1938505 35679358.jpg | | | |
| 810.361 | unified_message_1953094 88604231.mp4 | | | |
| 810.362 | unified_message_2129131 03645620.mp4 | | | |
| 810.363 | unified_message_2139812 10149722.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.364 | unified_message_2250055 62411482.jpg | | | |
| 810.365 | unified_message_2315643 08687862.jpg | | | |
| 810.366 | unified_message_2344690 48256452.jpg | | | |
| 810.367 | unified_message_2369114 41277897.jpg | | | |
| 810.368 | unified_message_2410389 34234419.gif | | | |
| 810.369 | unified_message_2414742 31022037.jpg | | | |
| 810.370 | unified_message_2457306 26997462.jpg | | | |
| 810.371 | unified_message_2461973 46867283.jpg | | | |
| 810.372 | unified_message_2691943 07883990.jpg | | | |
| 810.373 | unified_message_3133187 50120748.jpg | | | |
| 810.374 | unified_message_3146931 59921969.jpg | | | |
| 810.375 | unified_message_3469833 53095639.jpg | | | |
| 810.376 | unified_message_3570319 88708154.jpg | | | |
| 810.377 | unified_message_3669982 04389645.jpg | | | |
| 810.378 | unified_message_3692392 63222822.png | | | |
| 810.379 | unified_message_3692393 43222814.png | | | |

| | | | | |
|---|---|---|---|---|
| 810.380 | unified_message_3692393 83222810.png | | | |
| 810.381 | unified_message_3900525 72043737.jpg | | | |
| 810.382 | unified_message_4033895 34355092.jpg | | | |
| 810.383 | unified_message_4059854 43938493.mp3 | | | |
| 810.384 | unified_message_4097631 26965169.mp4 | | | |
| 810.385 | unified_message_4098018 30276412.jpg | | | |
| 810.386 | unified_message_4104941 50243424.jpg | | | |
| 810.387 | unified_message_4182295 76269627.jpg | | | |
| 810.388 | unified_message_4206818 25630581.jpg | | | |
| 810.389 | unified_message_4216745 05938581.mp4 | | | |
| 810.390 | unified_message_4231660 32168439.mp4 | | | |
| 810.391 | unified_message_4280257 48346789.jpg | | | |
| 810.392 | unified_message_4338305 91314317.gif | | | |
| 810.393 | unified_message_4395130 60794100.jpg | | | |
| 810.394 | unified_message_4486015 59817622.jpg | | | |
| 810.395 | unified_message_4488452 29630057.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.396 | unified_message_4569899<br>32322827.jpg | | | |
| 810.397 | unified_message_4581306<br>92224450.jpg | | | |
| 810.398 | unified_message_4594721<br>35056448.jpg | | | |
| 810.399 | unified_message_4605205<br>81782312.mp4 | | | |
| 810.400 | unified_message_4786338<br>19934190.jpg | | | |
| 810.401 | unified_message_5179586<br>19182688.jpg | | | |
| 810.402 | unified_message_5257487<br>55091157.mp4 | | | |
| 810.403 | unified_message_5308737<br>81206117.jpg | | | |
| 810.404 | unified_message_6663488<br>44041689.jpg | | | |
| 810.405 | unified_message_6801098<br>42689577.jpg | | | |
| 810.406 | unified_message_6907253<br>45141328.jpg | | | |
| 810.407 | unified_message_7020817<br>77166844.jpg | | | |
| 810.408 | unified_message_7028626<br>70590168.mp4 | | | |
| 810.409 | unified_message_7034714<br>37196470.jpg | | | |
| 810.410 | unified_message_7054777<br>80391278.jpg | | | |
| 810.411 | unified_message_7095209<br>36340528.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.412 | unified_message_7111719 16442459.jpg | | | |
| 810.413 | unified_message_7279856 04464836.jpg | | | |
| 810.414 | unified_message_7343815 74099450.jpg | | | |
| 810.415 | unified_message_7442483 29629977.jpg | | | |
| 810.416 | unified_message_7800877 89525641.mp4 | | | |
| 810.417 | unified_message_7928761 81653343.jpg | | | |
| 810.418 | unified_message_8024176 87261828.jpg | | | |
| 810.419 | unified_message_8108711 66439760.jpg | | | |
| 810.420 | unified_message_8153739 85711883.jpg | | | |
| 810.421 | unified_message_8304726 84451265.jpg | | | |
| 810.422 | unified_message_8732528 90095890.jpg | | | |
| 810.423 | unified_message_9464712 79425818.jpg | | | |
| 810.424 | unified_message_1028422 821007061.jpg | | | |
| 810.425 | unified_message_1030938 797381869.jpg | | | |
| 810.426 | unified_message_1057225 374752325.jpg | | | |
| 810.427 | unified_message_1070516 086764905.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| 810.428 | unified_message_1072378 036553372.jpg | | | |
| 810.429 | unified_message_1086979 681808534.mp4 | | | |
| 810.430 | unified_message_1089189 081522334.jpg | | | |
| 810.431 | unified_message_1104397 713330269.mp4 | | | |
| 810.432 | unified_message_1135071 440274362.jpg | | | |
| 810.433 | unified_message_1152761 805179809.jpg | | | |
| 810.434 | unified_message_1161363 970988444.mp4 | | | |
| 810.435 | unified_message_1250898 048604369.jpg | | | |
| 810.436 | unified_message_1292767 251070931.jpg | | | |
| 810.437 | unified_message_1335986 130079545.jpg | | | |
| 810.438 | unified_message_1336005 310105294.jpg | | | |
| 810.439 | unified_message_1628709 003982859.jpg | | | |
| 810.440 | unified_message_1781895 685293160.jpg | | | |
| 810.441 | unified_message_2497645 203877315.jpg | | | |
| 810.442 | unified_message_2711046 385823323.jpg | | | |
| 810.443 | unified_message_2729977 673942987.jpg | | | |

| | | | | |
|---|---|---|---|---|
| 810.444 | unified_message_2784109 235136901.jpg | | | |
| 810.445 | unified_message_3445614 258859456.jpg | | | |
| 810.446 | unified_message_3571979 582899150.jpg | | | |
| 810.447 | unified_message_3742462 032464194.jpg | | | |
| 810.448 | unified_message_4842074 599200963.jpg | | | |
| 810.449 | unified_message_5043840 518989905.jpg | | | |
| 810.450 | videos_376279650128368. mp4 | | | |
| 810.451 | videos_859001311567707. mp4 | | | |
| 811 | Smith Full Facebook Return | | | |
| 811.1 | Excerpt from Smith Facebook Return | | | |
| 811.2 | Excerpt from Smith Facebook Return | **4/27/2023** | | |
| 811.3 | Excerpt from Smith Facebook Return | | | |
| 811.4 | Excerpt from Smith Facebook Return | | | |
| 811.5 | Excerpt from Smith Facebook Return | | | |
| 811.6 | Excerpt from Smith Facebook Return | | | |
| 811.7 | Excerpt from Smith Facebook Return | | | |

| 811.8 | Excerpt from Smith Facebook Return | | | | |
|---|---|---|---|---|---|
| 811.9 | Excerpt from Smith Facebook Return | | | | |
| 811.10 | Excerpt from Smith Facebook Return | | | | |
| 811.11 | Excerpt from Smith Facebook Return | | | | |
| 811.12 | Excerpt from Smith Facebook Return | | | | |
| 811.13 | Excerpt from Smith Facebook Return | **5/1/2023** | **5/1/2023** | **Thomas Smith** | |
| 811.14 | Excerpt from Smith Facebook Return | | | | |
| 811.15 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 811.16 | Excerpt from Smith Facebook Return | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| 811.17 | Excerpt from Smith Facebook Return | | | | |
| 811.18 | Excerpt from Smith Facebook Return | | | | |
| 811.19 | Excerpt from Smith Facebook Return | | | | |
| 811.20 | Excerpt from Smith Facebook Return | **4/27/2023** | **4/27/2023** | **Michelle Ball** | |
| 811.21 | Excerpt from Smith Facebook Return | | | | |
| 811.22 | Excerpt from Smith Facebook Return | | | | |
| 811.23 | Excerpt from Smith Facebook Return | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 811.24 | Excerpt from Smith Facebook Return | | | | |
| 811.25 | Excerpt from Smith Facebook Return | | | | |
| 811.26 | Excerpt from Smith Facebook Return | | | | |
| 811.27 | Excerpt from Smith Facebook Return | **4/27/2023** | | | |
| 811.28 | Excerpt from Smith Facebook Return | | | | |
| 811.29 | Excerpt from Smith Facebook Return | | | | |
| 811.30 | Excerpt from Smith Facebook Return | | | | |
| 812 | Facebook Business Record | **4/24/2023** | **4/24/2023** | **Michelle Ball** | |
| | | | | | |
| **Series 900** | **Stipulations** | | | | |
| | Description of Capitol and Grounds | | | | |
| | Authenticity of CCTV | | | | |
| | Official Proceedings Timeline | | | | |
| | Authenticity of House and Senate Recording Studio CCTV | | | | |
| | Authenticity of MPD Body Worn Camera footage | | | | |
| | Identification of Wren and Smith | | | | |
| | Authenticity of Smith's Facebook Records | | | | |
| | Authenticity of Image of Smith's Device | | | | |

| | Authenticity of Image of Wren's Device | | | | |
|---|---|---|---|---|---|
| 901 | Stipulation | **4/24/2023** | **4/24/2023** | | |
| 902 | Stipulation | **4/24/2023** | **4/24/2023** | | |
| 903 | Stipulation | **4/28/2023** | **4/28/2023** | | |