UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                    )   Criminal Action No. 21-599 (RBW)<br>)<br>DONNIE DUANE WREN and THOMAS )<br>HARLEN SMITH,                                          )<br>)<br>            Defendants.                          )<br>) | |

## ORDER

In accordance with the oral rulings issued by the Court during the jury trial held from April 17, 2023, to May 5, 2023, it is hereby

**ORDERED** that the Government's Motion for Revised Jury Instructions and Verdict Forms, ECF No. 94, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent it seeks (1) to revise the definitions of "assault" and "forcibly" in Counts Four and Five, (2) to add a definition of "bodily harm" to the "act of physical violence" definition in Counts Nine and Twelve, and (3) to omit the phrase "as charged in Count [number] of the Superseding Indictment" from each line of the verdict forms. The motion is **DENIED** in all other respects. It is further

**ORDERED** that defendant Wren's Motion to Permit Admission of Statements Pursuant to Federal Rules of Evidence, ECF No. 108, is **DENIED**.

**SO ORDERED** this 10th day of May, 2023, nunc pro tunc to the dates the oral rulings were made during the jury trial.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge