### THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLOMBIA

**UNITED STATES OF AMERICA**
  **Plaintiff,**                                   **CASE NO.: 21CR00599-RBW**

**v.**

**DONNIE DUANE WREN**
  **Defendant.**
_____/

### NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendant, **DONNIE DUANE WREN**, through his undersigned counsel, hereby submits as supplemental authority the decision of *United States v. Washington*, **2023 WL 5440527, No. 21-3299, CA3, Aug. 24, 2023**, a copy of which is attached to this notice.  The supplemental authority is pertinent to the Defendant's pending Motion for Acquittal, D.E. 126, and holds that felony convictions for violations of 18 USC 111 could not stand a where a defendant assaulted private security guards hired by a federal law enforcement agency to protect a federal Social Security building because there was no record that the guards were "assisting specific federal officers or employees in the performance of their official duties."

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

Respectfully submitted,

GEORGE T. PALLAS, P.A.
Counsel for Donnie Duan Wren
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com


By:/s/ *George T. Pallas*
     GEORGE T. PALLAS, ESQ.