# THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLOMBIA

**UNITED STATES OF AMERICA**
       **Plaintiff,**                   **CASE NO.: 21CR00599-RBW**

**v.**

**DONNIE DUANE WREN**
       **Defendant.**
_____/

## MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, DONNIE DUANE WREN, by and through his undersigned attorney, moves this Honorable Court to enter its order modifying his conditions of release and as grounds states the following:

1. Undersigned counsel was contacted by his Pretrial Services Officer Da'Shanta' Valentine-Lewis asking that I petition the court for modification of his conditions of release to permit the Defendant travel back to his hometown to stay with his 64-year-old mother, Sheila Wren, at 12680A Heather Lane, Greenville, Mississippi.  Apparently, this is not one of the previously approved locations and Pretrial Services did not have the ability to approve it on their own.

2. After this brief stay, likely to the end of next week, the Defendant will then return to his approved residence located at 26931 Tine Drive Athens, Alabama 35613, and, depending on receipt of his surrender date, return to live and work in Miami, Florida, also a previously approved location.

3. Prior to filing this motion, undersigned counsel contacted counsel for the Government, Victoria A. Sheets, for her position on this motion. Despite providing her with the body of the Pretrial Services Officer's request, counsel for the Government stated she is opposed to this motion.

WHEREFORE, based upon the foregoing, the Defendant respectfully requests that the Court include the mother's residence in Mississippi as an approved residence.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

Respectfully submitted,

GEORGE T. PALLAS, P.A.
Counsel for Donnie Duan Wren
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
gpallas@beckhamsolis.com

By:/s/*George T. Pallas*
GEORGE T. PALLAS, ESQ.