UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-599-1 (RBW) |
| ) | |
| DONNIE DUANE WREN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Motion to Modify Conditions of Release, ECF No. 164, it is hereby

**ORDERED** that the defendant's Motion to Modify Conditions of Release, ECF No. 164, is **GRANTED**. It is further

**ORDERED** that the defendant is permitted to travel to stay with his mother in Mississippi at the address provided to the Pretrial Services Agency.

**SO ORDERED** this 24th day of October, 2023.

REGGIE B. WALTON
United States District Judge