THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21CR00599-RBW |
| ) | |
| DONNIE DUANE WREN ) | |
|   Defendants. ) | |
| _____/ | |

**DEFENDANT WREN'S UNOPPOSED MOTION TO EXTEND SURRENDER DATE**

The Defendants, **DONNIE DUANE WREN**, by and through undersigned counsel, moves this Honorable Court to enter its order extending his surrender date until January 20, 2024, and as grounds states the following:

1. The Defendant is scheduled to surrender tomorrow, December 20, 2023, to serve a one (1) year and one (1) day term of imprisonment.

2. The Defendant's mother will be undergoing open heart surgery on January 9, 2024, and the Defendant wants to be with her.

3. The Defendant wishes to tend to his mother's needs after her surgery. Other than caring for his mother, he will continue working at his job in Miami where he is needed.

4. The Defendant has been otherwise compliant in all his release conditions.

5. Prior to filing this motion, undersigned counsel contacted AUSA

Victoria Sheets who has **no objection** to extending his report date to January 20, 2024.

6. This motion is being made in good faith and is not interposed for the purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this relief requested herein and enter its order extending his surrender date to January 20, 2024.

## CERTIFICATE OF SERVICE

I certify that on this 19 day of December 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Donnie Duane Wren
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
gpallas@beckhamsolis.com

By:/s/___George T. Pallas_____
GEORGE T. PALLAS, ESQ.